JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAM S.,

                Plaintiff,

      v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.

)
)
)
)
)
)
)
)
)
)

CASE NO. CV 21-7146 AGR

JUDGMENT

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the

Commissioner of Social Security Administration.

DATED: June 21, 2023

_____
ALICIA G. ROSENBERG
United States Magistrate Judge